Gordon T. Carey, Jr., OSB No. 771331
Nicholas J. Neidzwski, OSB No. 172584
Douglas R. Williams, *Pro Hac Vice*
Anderson Carey Williams & Neidzwski
6215 NE 31ST Avenue
Portland, OR 97211
Tel: (503) 222-1415
Fax: (503) 222-1923
gordon@gordoncarey.com
nick@boatlaw.com
doug@boatlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN GEE,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **GRACE OCEAN PRIVATE, LTD,** a foreign corporation, and **BRIGHT STAR SHIPMANAGEMENT**, a foreign corporation, and **M/V ALAM SETIA**, an ocean-going cargo vessel. <br><br> Defendants. | Case No.: 3:19-cv-01224-YY <br><br> **JOINT RULE 26 DISCOVERY REPORT** |

Pursuant to Federal Rule of Civil Procedure 26, the parties, by and through the undersigned counsel, conferred to discuss a discovery plan on October 14, 2019. This is

PAGE 1 – JOINT RULE 26 REPORT

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
6215 NE 31st Avenue
Portland, OR 97211
503-222-1415  -  Fax 503-222-1923

a maritime personal injury case that does not present complex issues of jurisdiction or choice of law.  The parties hereby submit the following plan:

1. The parties have elected to waive initial disclosures.

2. Defendants will file and serve their corporate disclosure statement on November 8, 2019.

3. The parties propose the deadline of December 27, 2019, for joining additional parties.

4. Fact discovery can be completed by April 10, 2020.  The parties will exchange expert disclosures and reports by May 8, 2020.  Expert depositions will be completed by June 5, 2020.  The parties request that the foregoing deadlines be set accordingly.

5. There are currently no issues regarding discovery, disclosure, or preservation of electronically stored information.

6. There are currently no issues concerning claims of privilege or work product.

7. The parties seek no orders at this time under Rule 16 or Rule 26.

8. The parties do not agree to a magistrate.

9. The pretrial order requirements should be dispensed with at this time.

\\

\\

\\

PAGE 2 – JOINT RULE 26 REPORT

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
6215 NE 31st Avenue
Portland, OR 97211
503-222-1415 - Fax 503-222-1923

DATED this 14th day of October, 2019.

                ANDERSON CAREY WILLIAMS & NEIDZWSKI

                */s/ Douglas R. Williams*
                Douglas R. Williams, *Pro Hac Vice*
                Nicholas Neidzwski, OSB No. 172584
                Gordon T. Carey, Jr., OSB No. 771331
                6215 NE 31st Avenue
                Portland, OR 97211
                Telephone:   503-222-1415
                Telefax:       503-222-1923
                Email:          doug@boatlaw.com
                                    nick@boatlaw.com
                                    gordon@gordoncarey.com
                Attorneys for Plaintiff

                                    &

                SCHWABE, WILLIAMSON & WYATT

                */s/ David R. Boyajian*
                David R. Boyajian, OSB #112852
                1211 SW 5th Avenue, Suite 1900
                Portland, OR 97204
                Phone:         (503) 222-9981
                Fax:           (503) 796-2900
                Email:          DBoyajian@schwabe.com
                Attorneys for Defendants

PAGE 3 – JOINT RULE 26 REPORT

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
6215 NE 31st Avenue
Portland, OR 97211
503-222-1415  -  Fax 503-222-1923